### GRAFA et al. v. SCHENCK.

No. 7743—Opinion Filed Jan. 30, 1917.

(162 Pac. 1119.)

**Appeal and Error—Supersedeas Bond—Judgment—Statute.**

In a case appealed to the Supreme Court where supersedeas bond has been given staying execution, and the judgment here is against the appellant, this court, by virtue of the provisions of chapter 249, Sess. Laws 1915, will enter judgment against the sureties on such bond.

(Syllabus by Bleakmore, C.)

Error from County Court, Bryan County; J. L. Rappolee, Judge.

Action by A. J. Schenck against R. F. Grafa and others. Judgment for plaintiff, and defendants bring error. Motion for judgment against sureties on supersedeas bond sustained.

Porter Newman, for plaintiffs in error.

Hayes & McIntosh, for defendant in error.

Opinion by BLEAKMORE, C. On appeal to this court from a judgment of the county court of Bryan county, a supersedeas bond was filed, executed by the plaintiffs in error, R. F. Grafa, Jessie Brannan, and R. T. Davis as principals, and the United States Guaranty and Fidelity Company as surety, to stay said judgment. On the 24th day of October, 1916, there was judgment of this court against the appellants, and motion has been filed herein for judgment against the surety on such supersedeas bond. By virtue of the provisions of chapter 249, Sess. Laws 1915, as construed in Long v. Lang, 49 Okla. 342, 152 Pac. 1078, the motion is sustained.

Judgment is therefore entered in this court against the United States Guaranty & Fidelity Company in the sum of $295.82, together with interest thereon at the rate of 10 per cent. per annum from the 7th day of May, 1915, the date of the judgment of the trial court, until paid, and all costs of the action.

By the Court: It is so ordered.